UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION

IN RE:  CASE NO. 12-17475 LMI
CHAPTER 13

EDUARDO RENE DIAZ
AKA EDUARDO R. DIAZ, JR.
AKA EDUARDO DIAZ,

    Debtor(s).
_____/

## NOTICE OF APPEARANCE

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, its successors and/or assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

MAURICE D. HINTON, ESQ.
ROBERTSON, ANSCHUTZ & SCHNEID, PL
3010 N. MILITARY TRAIL, SUITE 300
BOCA RATON, FLORIDA 33431

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, **Nancy N Herkert**, Chapter **13** Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this _5_ day of __April__, 2012.

ROBERTSON, ANSCHUTZ & SCHNEID, PL
Attorney for Secured Creditor
3010 N. Military Trail, Suite 300
Boca Raton, Florida 33431
Phone: (561) 241-6901 ext. 264
Fax: (561)241-9181

/s/Maurice D. Hinton
MAURICE D. HINTON
FBN: 26215

12-04784

Mailing List

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Robert Sanchez, Esq.
900 W 49 St #500
Hialeah, FL 33012

Eduardo Rene Diaz
7456 West 34th court
Hialeah, FL 33018

12-04784