

ORDERED in the Southern District of Florida on August 28, 2012.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

EDUARDO R. DIAZ ,    Case No. 12-17475-LMI
   Debtor.    Chapter 13
_____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS LIEN ON REAL PROPERTY HELD BY BANK OF AMERICA

THIS CASE came to be heard upon Debtor's Motion to Value and Determine Secured Status of lien on Real Property Held by BANK OF AMERICA, (DE#19); "The Motion". Based upon the parties having come to an agreement, having considered the record in this case, and being fully advised on the premises, the Court FINDS as follows:

A. The value of the debtor's real property (The Real Propery") located at: **7785 W 30th Ct, #F108, Hialeah, FL 33018,** and more particularly described as: **Unit F-108, Building 7785, of VILLA VERANDA, a Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 23087, Page 3403, of the Public Records of Miami-Dade County, Florida, together with an undivided common interest in the common elements thereto.**

B. The total of all claims secured liens on the Real Property senior to the lien of BANK OF AMERICA (The "Lender") is $0.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of the Lender is $0 and the Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $45,000.00.

3. (Select only one):

  X    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

___    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $_____, regardless of the original classification on the proof of claim as filed.

5. The debtor will pay for property taxes and insurance directly on their own and will provide the Lender with proof of payment for property taxes and insurance every year.

6. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

***

Submitted by:

/s/ Robert Sanchez, Esq.
FL Bar No. 0442161
Robert Sanchez, P.A.
900 W 49th Street
Suite 500
Hialeah, FL 33012
Tel: 305-687-8008
Fax: 305-512-9701

Attorney, Robert Sanchez is hereby directed to mail a conformed copy of this order to all interested parties and file a certificate of service with the Clerk of the Courts.