**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-17475-LMI**

☐ ____3rd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Eduardo R. Diaz                    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7351        Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.  $__1065.23__ for months __1__ to __60__ ;
    B.  $_____ for months _____ to _____ ;
    C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,650.00 + $600.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,000.00
                  Balance Due      $ 2,250.00   payable $ 187.50  month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____    Total Due $ _____
Address _____    Payment $ _____/month (Months ___ to ___)
       _____     Payment $ _____/month (Months ___ to ___)
       _____
Loan No. _____

2. _____    Arrears Payment  $ _____
_____     Arrears Payment  $ _____/month (Months ___ to ___)
_____     Regular Payment  $ _____/month (Months ___ to ___)
                                     Arrears Payment  $ _____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. xxxxx4579 Prop Address: 7785 W 30th Ct #F108 Hialeah, FL 33018 | $45,000.00 | 5.00% | $771.21<br>$867.39 | 1 to 12<br>13 to 60 | $50,888.91 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _n/a_____    Total Due $ _____
                                     Payable $ _____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 91.32 month (Months __13__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Villa Veranda c/o Cosmo Management (Acct#F108) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 08/28/12